Jay Earl Smith, Esq.
Nevada Bar No. 1182
Joseph T. Prete, Esq.
Nevada Bar No. 9654
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: jes@slwlaw.com
       jtp@slwlaw.com
       kw@slwlaw.com
Attorneys for Defendants
Deutsche Bank National Trust Company, as Trustee;
JPMorgan Chase Bank, N.A., as an acquirer of certain assets and liabilities
of Washington Mutual Bank, F.A. from the FDIC acting as receiver
(improperly named as Long Beach Mortgage Company);
California Reconveyance Company; MERSCORP. Inc.;
and Mortgage Electronic Registration Systems, Inc.

UNITED STATED DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES ANDERSON, an individual, | ) |
| Plaintiff, | ) CASE NO.   2:10-cv-01443-JCM-PAL |
| v. | ) |
| DEUTSCHE BANK NATIONAL TR CO; LONG BEACH MORTGAGE COMPANY; CALIFORNIA RECONVEYANCE COMPANY; MERSCORP, INC. a Virginia Corporation; MORTGAGE ELECTRONIC SYSTEMS, INC. subsidiary of MERSCORP; Inc., a Delaware corporation; AND DOES 1 individuals to 100, Inclusive; and ROES Corporations 1 to 30, Inclusive; and all other persons and entities unknown claiming any right, title, estate, lien or interest in the real | ) **MOTION FOR STAY OF LITIGATION AND DISCOVERY PROCEEDINGS PENDING A DETERMINATION ON MOTION TO DISMISS COMPLAINT AS AGAINST ALL NAMED DEFENDANTS AND TO EXPUNGE LIS PENDENS**<br><br>**(First Request)** |

property, described in the Complaint adverse to )
Plaintiff's ownership, or any cloud upon         )
Plaintiff's title thereto,                       )
                                                 )
                    Defendants                   )
_____)

Defendants Deutsche Bank National Trust Company, as Trustee ("Deutsche Bank"); JPMorgan Chase Bank, N.A., as an acquirer of certain assets and liabilities of Washington Mutual Bank, F.A. ("WAMU") from the FDIC acting as receiver (and improperly named as Long Beach Mortgage Company, an organization that dissolved into WAMU) ("JPMCB"); California Reconveyance Company ("CRC"); MERSCORP, Inc. ("MERSCORP"); and Mortgage Electronic Registration Systems, Inc. (incorrectly named as Mortgage Electronic Systems, Inc.) ("MERS") (collectively, the "Defendants"), by and through their counsel, respectfully request that the Court stay all litigation and discovery proceedings in this matter pending the Court's resolution of the Motion to Dismiss Complaint as Against All Named Defendants ("Motion to Dismiss") and to Expunge Lis Pendens ("Motion to Expunge") (collectively, the "Motions") filed by Defendants on September 1, 2010. Defendants respectfully submit that granting this request is in the interests of judicial economy and will afford the Court with an opportunity to dispose of this unfounded lawsuit without the parties incurring unnecessary additional fees and costs. *See, e.g., Mediterranean Enterprises, Inc. v. Ssangyong Corp.*, 708 F.2d 1458, 1465 (9th Cir. 1983) (temporary stay of proceedings applicable to preserve judicial efficiency and fairness); *Stock v. Commissioner of the Internal Revenue Service*, 2000 WL 33138102 (D. Idaho) (temporary stay of proceedings during pendency of motion is proper where the interests of judicial economy are served).

A district court has broad discretion to stay proceedings as incident to its power to control its own docket. *Clinton v. Jones*, 520 U.S. 681, 706-07 (1997). The authority to stay proceedings

is particularly appropriate where it will serve the interests of judicial efficiency and fairness during the pendency of a court's decision on a motion to dismiss. *Stock*, 2000 WL 33138102, at *2. Specifically, the court in *Stock* held:

> The court finds that it is in the interest of judicial economy to temporarily stay the advance of discovery until such time as the Court hears oral argument on and decides the motions to dismiss which are pending.

*Id.*

Likewise, in *Mediterranean Enterprises, Inc.*, the Ninth Circuit stated:

> [A] trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case.

*Mediterranean Enterprises, Inc.*, 708 F.2d at 1465.

Here, Defendants' Motion to Dismiss and Motion to Expunge are now pending before the Court. Defendants respectfully submit that the Motions have substantial merit and that no proceedings during the pendency of the Motions are necessary or warranted. As explained more fully in the Motion to Dismiss, Plaintiff's Complaint is no more than an improper attempt to relitigate unfounded claims and allegations that have already been considered, and rejected, by this Court. Plaintiff's Complaint in no way states any viable claim for relief as against any of the Defendants, and it is legally unsustainable.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

In light of the foregoing, Defendants respectfully submit that the Court should exercise its inherent authority to protect both the Court and the defendants herein from unnecessary time and expense with respect to Plaintiff's unsustainable claims. Accordingly, Defendants request that this motion to stay proceedings be granted pending the disposition of the Motion to Dismiss and Motion to Expunge.

DATED this 2 day of September, 2010.

SMITH LARSEN & WIXOM

_____
Jay Earl Smith, Esq., NBN 1182
Joseph T. Prete, Esq., NBN 9654
Katie M. Weber, Esq., NBN 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendants
Deutsche Bank National Trust Company, as Trustee;
JPMorgan Chase Bank, N.A., as an acquirer of certain assets and liabilities of Washington Mutual Bank, F.A. from the FDIC acting as receiver (improperly named as Long Beach Mortgage Company);
California Reconveyance Company; MERSCORP. Inc.; and
Mortgage Electronic Registration Systems, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of September, 2010, a true copy of the foregoing **MOTION FOR STAY OF LITIGATION AND DISCOVERY PROCEEDINGS PENDING A DETERMINATION ON MOTION TO DISMISS COMPLAINT AS AGAINST ALL NAMED DEFENDANTS AND TO EXPUNGE LIS PENDENS (First Request)** was filed electronically via the court's CM/ECF system and served electronically or by mail, postage prepaid, to the following:

Charles Anderson
6145 Laredo Street
Las Vegas, NV 89146
meritgroup_1@yahoo.com
Plaintiff in pro per
(Served Via U.S. Mail)

/s/ Cheryl Martinez
an employee of Smith Larsen & Wixom