# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES ANDERSON,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TR CO, *et al.,*<br><br>　　　　　　　Defendants. | Case No. 2:10-cv-01443-JCM-PAL<br><br>**ORDER** |

　　　Before the court is Defendants' Motion for Stay of Litigation and Discovery Proceedings Pending Determination on Motion to Dismiss Complaint (Dkt. #7) filed September 2, 2010.  No response has been filed thereto, and the time for filing a response has expired.  Pursuant to LR 7-2(d) "[t]he failure of an opposing party to file points and authorities in response to a motion shall constitute a consent to the granting of the motion."  As such,

　　　**IT IS ORDERED** that Defendants' Motion for Stay of Litigation and Discovery Proceedings Pending Determination on Motion to Dismiss Complaint (Dkt. #7) is **GRANTED**.

　　　Dated this 5th day of October, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Peggy A. Leen
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge